UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON CAMACHO And On Behalf of All Other
Persons Similarly Situated,
                                   Plaintiffs,

     -against-

BERKLEE COLLEGE OF MUSIC INC.
                                   Defendant.
-----------------------------------------------------------------X

Index No.:18-cv-10547
**Stipulation of Dismissal**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), JASON CAMACHO, and Defendant, BERKLEE COLLEGE OF MUSIC INC., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       March 7, 2019

**SEYFARTH SHAW LLP**

_/s/ John W. Egan_

John W. Egan, Esq.
620 Eighth Avenue
New York, NY 10018
(212) 218-5291
Attorneys for Defendant

SO ORDERED:

_/s/ John G. Koeltl_
United States District Court Judge

3/10/19

**GOTTLIEB & ASSOCIATES**

_/s/ Jeffrey M. Gottlieb_

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-11-19